NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1040, -1041

COMPUTER CACHE COHERENCY CORPORATION,

Plaintiff-Appellant,

v.

INTEL CORPORATION,

Defendant-Appellee.

- - - - - - - - - - - - - - - - - - - - - -

COMPUTER CACHE COHERENCY CORPORATION,

Plaintiff-Appellant,

v.

VIA TECHNOLOGIES, INC. and VIA TECHNOLOGIES, INC. (USA),

Defendants-Appellees.

Appeals from the United States District Court for the Northern District of California in case nos. 05-CV-1766 and 05-CV-1668, Senior Judge Ronald M. Whyte.

ON MOTION

ORDER

Upon consideration of the motion to reform the official caption to delete Intel Corporation and Advanced Micro Devices, Inc. from the caption in 2010-1041 and the appellees' motions for extensions of time, until March 12, 2010, to file their briefs,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

FEB 2 6 2010
<u>FEB 2 6 2010</u>
Date

/s/ Jan Horbaly
<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc:  Lawrence M. Hadley, Esq.
     Lauren B. Fletcher, Esq.
     Julie M. Holloway, Esq.
s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 2 6 2010

**JAN HORBALY**
**CLERK**